NEW JERSEY MANUFACTURERS INSURANCE COMPANY,
PLAINTIFF-RESPONDENT, v. LUCILLE CRANE BLAU,
DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued May 14, 1984—Decided June 1, 1984.
Remanded October 16, 1984—Decided February 11, 1985.

Before Judges BISCHOFF, PETRELLA and BRODY.

*Elwell & Crane,* for appellant (*Paula L. Crane* on the brief).

*Mattson, Madden & Polito,* for respondent (*Andrew S. Polito, John R. Leith* and *Francis T. Giuliano* of counsel; *Giuliano* and *Leith,* on the brief).

PER CURIAM.

After our June 1, 1984 decision on the appeal in this case, 194 *N.J.Super.* 27, the Supreme Court granted a petition for certification on October 16, 1984, 99 *N.J.* 158, and summarily remanded the matter to us to consider the appeal in light of *Young v. Western Electric Co., Inc.,* 96 *N.J.* 220 (1984).

1

We have accordingly reconsidered our determination in this appeal and conclude that *Young v. Western Electric Co., Inc.,* not only does not require a different result than we had previously reached, but fortifies our determination therein.

Our decision previously made herein to reverse in part and transfer to the Division of Workers' Compensation is therefore confirmed.